IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FELTON HARRIS,

       Petitioner,

v.

JULIE L. JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-584

Opinion filed January 14, 2015.

Petition for Writ of Certiorari—Original Jurisdiction.

Felton Harris, pro se, Petitioner.

Beverly Brewster, Assistant General Counsel, Department of Corrections,
Tallahassee, for Respondent.

PER CURIAM.

       The petition is denied on the merits.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.